State of Missouri

# Department of Commerce and Insurance

**TO:** Corporate Secretary (or United States Manager or Last Appointed General Agent) of

LINCOLN NATIONAL LIFE INSURANCE COMPANY, THE
CSC-LAWYERS INCORPORATING SERVICE CO.
221 BOLIVAR STREET
JEFFERSON CITY, MO 65101

**RE:** Court: United States Bankruptcy Western District, Case Number: 4:23-CV-00797-RK

You will take notice that original process in the suit against you, a copy of which is attached hereto and sent to you by certified mail, was duly served upon you at Jefferson City, Missouri, by serving the same on the Director of the Department of Commerce and Insurance of the state of Missouri, Dated at Jefferson City, Missouri this Monday, November 13, 2023.

Chlora Lindley-Myers

Director of Commerce and Insurance

AFFIDAVIT

State of Missouri,

ss.

County of Cole,

The undersigned Director of the Department of Commerce and Insurance or the Director's designated agent, hereby makes oath and certifies the original of the above notice to the above addressee was mailed at the United States Post Office in Jefferson City, Missouri on Nov. 14, 2023 by first class certified mail prepaid as provided by section 375.906.5, RSMo. and Supreme Court Rule 54.15

Director, Department of Commerce and Insurance

By: Toni Harding

Subscribed and sworn to before me this 14 day of Nov, 2023

Kimberly Landers

Notary Public

My commission expires:

NOTARY PUBLIC NOTARY SEAL STATE OF MISSOURI

KIMBERLY LANDERS
My Commission Expires
May 18, 2024
Callaway County
Commission #12558402

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

LINCOLN NATIONAL LIFE
INSURANCE COMPANY, THE
CSC-LAWYERS
INCORPORATING SERVICE CO.
221 BOLIVAR STREET
JEFFERSON CITY, MO 65101

9590 9402 8200 3030 9723 01

2. Article Number *(Transfer from service label)*

7021 2720 0002 7834 5370

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X S Kerry
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery
11-15-23

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☑ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ ...ail
- ☐ ...ail Restricted Delivery
- ...0)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

**MISSOURI DEPARTMENT OF COMMERCE AND INSURANCE**
P O BOX 690
JEFFERSON CITY MO 65102-0690

MO 375-0613 (9-20)

PRESORTED FIRST CLASS

US POSTAGE PITNEY BOWES
ZIP 65109 $ 000.49[5]
02 4W
0000380615 NOV 17 2023

RECEIVED
2023 NOV 20 PM 12:45
CLERK U.S. DIST. COURT
WEST DIST. OF MO
KANSAS CITY, MO

United States Bankruptcy
Western District
400 E. 9th St. Room 1510
Kansas City, MO 64106

JBIJS5F 64106