**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| DAVID STEELE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:23-cv-00797-RK |
| | ) | |
| LINCOLN NATIONAL LIFE INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

# MOTION TO WITHDRAW AS COUNSEL

The Undersigned requests leave of court to withdraw pursuant to Local Rule 83.2 and Missouri Supreme Court Rule 4-1.16(c)(7). The Undersigned is leaving the employ of BurnettDriskill, Attorneys, and requests permission to withdraw as counsel in this matter.

Respectfully submitted,

By: */s/ Paul J. Taylor*

Paul J. Taylor, MO# 72159
103 W. 26th Avenue, Suite 290
North Kansas City, Missouri 64116
T: (816) 883-4142
F: (816) 792-3634
ptaylor@burnettdriskill.com
ATTORNEY FOR PLAINTIFF