**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | |
|---|---|
| DAVID STEELE,<br><br>Plaintiff,<br><br>vs.<br><br>LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendant. | Case No. 4:23-cv-00797-RK |

**PROPOSED ORDER**

NOW ON THIS DATE, Paul J. Taylor is withdrawn as counsel from the above-captioned case.

**IT IS SO ORDERED.**

________________ Date

______________________________ Honorable Roseann A. Ketchmark