**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION**

| | | |
|---|---|---|
| **DAVID STEELE,** Plaintiff, v. **LINCOLN NATIONAL LIFE INSURANCE COMPANY,** Defendant. | ) ) ) ) ) ) ) ) ) ) ) | Case No. 4:23-cv-00797-RK |

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

COME NOW Plaintiff David Steele and Defendant Lincoln National Life Insurance Company, and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), jointly stipulate to the dismissal of this action with prejudice, with each party to bear his or its own costs, expenses, and attorney fees.

Respectfully submitted,

By: *_/s/ Derrick A. Pearce_*
Derrick A. Pearce, MO # 42793
Kyle H. Sciolaro, #64568
BURNETTDRISKILL, Attorneys
103 W. 26th Ave., Ste. 290
North Kansas City, MO 64116
P: (816) 781-4836
F: (816) 792-3634
dpearce@burnettdriskill.com
ksciolaro@burnettdriskill.com

ATTORNEYS FOR PLAINTIFF

**AND**

By: *_/s/ Iwana Rademaekers (with permission)_*
Iwana Rademaekers (Texas Bar No. 16452560)
(Admitted *Pro Hac Vice*)

LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

- and -

By: *_/s/ Dan S. Folluo_*
Dan S. Folluo, MOBAR #66582
dfolluo@rhodesokla.com
RHODES, HIERONYMUS, JONES,
TUCKER & GABLE, P.L.L.C.
P.O. Box 21100
Tulsa, Oklahoma 74121
(918) 582-1173
(918) 592-3390 (facsimile)

ATTORNEYS FOR DEFENDANT